UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BENITA BAUTISTA, *et al.*,

Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

Defendant.

Case No. 1:26-cv-05227-KES-EPG

ORDER FOR PLAINTIFFS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE

(ECF No. 6)

Plaintiffs filed the complaint commencing this action on July 7, 2026, (ECF No. 1), and the mandatory initial scheduling conference was set for September 15, 2026, at 11:00 a.m., (ECF No. 3). Counsel for Plaintiffs failed to appear for the initial scheduling conference, and according to the scheduling report filed by Defendant, Plaintiffs failed to participate in the preparation of the joint scheduling report.

Accordingly, IT IS ORDERED as follows:

1. Plaintiffs shall show cause as to why sanctions should not issue for Plaintiffs' counsel failure to attend the conference and failure to participate in the preparation of the joint scheduling report.
2. Plaintiffs have until September 22, 2026, to file a written response to this order.

\\\

\\\

\\\

3. After reviewing counsel's response, the Court will further consider whether sanctions are appropriate, including dismissal of the case for failure to prosecute.

IT IS SO ORDERED.

Dated: **September 15, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE